JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OROZCO,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION, a corporation, CALIBAR HOME LOANS, INC, a corporation, FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation, JPMORGAN CHASE BANK, N.A., a national association and DOES 1 THROUGH 50 INCLUSIVE,<br><br>    Defendants. | Case No. CV 14-8090 DSF (JPRx)<br><br>JUDGMENT OF DISMISSAL |

    The Court having dismissed with prejudice all claims against Defendants Federal Home Loan Mortgage Corporation and JPMorgan Chase Bank, N.A.; Plaintiff having voluntarily dismissed with prejudice Caliber Home Loans, Inc.; and the Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution, to which plaintiff has not timely responded,

```
 1        IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the
 2   action be dismissed against all unserved defendants without prejudice.
 3
 4
 5   Dated: 3/18/15
                                             _____
 6                                           DALE S. FISCHER
                                             United States District Judge
 7
 8
 ...
28
```